# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| WILLIAM LANHAM <br> *Plaintiff* <br> v. <br> NISH JOBALIA <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 03-19-0781 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nish Jobalia, Country Inn and Suites by Radisson, 590 Donelson Pike Nashville, Tennessee 37214

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Frank J. Steiner
Frank Steiner Law PC
2200 21st Avenue South, Suite 309
Nashville, Tennessee 37212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KIRK L. DAVIES
CLERK OF COURT

*Jeremy Medley*

Date: SEP 0 6 2019

Signature of Clerk or Deputy Clerk

RETURN COPY

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* 9/26/2019 .

☐ I personally served the summons on the individual at *(place)* 570 Donelson Pike Nashville TN 37214 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/3/2019

Server's signature

Bradley Holder Process Server
Printed name and title

1272 16th ave S #25 Nashville TN 37212
Server's address

Additional information regarding attempted service, etc: