# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| WILLIAM LANHAM, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) 3:19-CV-00781 |
| MUKAM HOTELS, LLC, NISH JOBALIA, BRAD PATEL, and HIREN DAYARAMANI, | ) Judge Richardson |
| | ) Magistrate Judge Holmes |
| | ) JURY DEMAND |
| Defendants. | ) |

## BUSINESS ENTITY DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.02, Defendant Mukam Hotels, LLC makes the following disclosures:

Mukam Hotels, LLC is a Tennessee limited liability company with its principal office located at 590 Donelson Pike, Nashville, TN 37214-3731. The members of Mukam Hotels, LLC are as follows:

- Advani Revocable Living Trust
  - Nihal M. Advani and Pushpa N. Advani, Trustees
- Nishith Jobalia
- Nayan Patel
- Vimlesh Shah
- NKA, LLC
  - Anil Wadhwa, Member
  - Nanda Wadhwa, Member

Respectfully submitted,

LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.


By: _/s/Brad W. Craig_____
R. Dale Bay, BPR # 10896
Brad W. Craig, BPR # 031082
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
Phone: (615) 259-1366   Fax: (615) 259-1389

*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of October, 2019, a copy of the foregoing Business Entity Disclosure was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

FRANK J. STEINER, ESQ.
FRANK STEINER LAW, P.C.
2200 21ST AVENUE SOUTH, SUITE 309
NASHVILLE, TENNESSEE 37212


_/s/Brad W. Craig_____
Brad W. Craig